**IN THE UNITED STATES DISTRICT COURT
IN THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| Sondra Anderson, et al. | ) | CASE NO. 3:09 cv 2335 |
| | ) | |
| Plaintiffs, | ) | Judge James G. Carr |
| | ) | |
| v. | ) | **AMICUS CURIAE, OHIO** |
| | ) | **ATTORNEY GENERAL** |
| Barclays Capital Real Estate Inc. | ) | **MICHAEL DEWINE'S NOTICE** |
| dba HomEq Servicing, | ) | **OF WITHDRAWAL AND** |
| | ) | **SUBSTITUTION OF COUNSEL** |
| | ) | |
| Defendant. | ) | |

Amicus Curiae, Ohio Attorney General Michael DeWine, hereby gives notice that Douglas Rogers hereby withdraws as Plaintiff's counsel of record in this matter. He will be substituted with current counsel Jeffrey Loeser and Susan Choe.

        Respectfully submitted;

        MICHAEL DEWINE
        OHIO ATTORNEY GENERAL

        /s/ Jeffrey Loeser
        Susan Choe (0067032)
        Jeffrey Loeser (0082144)
        Assistant Attorneys General
        30 East Broad Street, 14th Floor
        Columbus, Ohio 43215
        614.466.1305
        614.466.8898 (fax)
        Susan.Choe@ohioattorneygeneral.gov
        jeff.loeser@ohioattorneygeneral.gov

- 2 -

/s/ Douglas L. Rogers
Douglas L. Rogers (0008125)
Special Counsel to the Attorney General of Ohio
30 East Broad Street, 14th Floor
Columbus, Ohio 43215
614.466.1305
Douglas.Rogers@ohioattorneygeneral.gov

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Counsel was served via CM/ECF notification on all counsel of record on March 21, 2011.

/s/ Jeffrey Loeser